UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>L. JOHNSON, et al.,<br><br>    Defendants. | No. 2:21-cv-1657 CKD P<br><br><br>ORDER |

Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of December 13, 2021. Good cause appearing, the request will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: March 3, 2022

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/thom1657.36sec