1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    OTIS MICHAEL THOMAS,                    No.  2:21-cv-01657-CKD P

12                      Plaintiff,

13            v.                              ORDER

14    L. JOHNSON, et al.,

15                      Defendants.

16

17          The court has received plaintiff's notice of election indicating his desire to file a second

18    amended complaint.  Plaintiff has also filed a motion for extension of time to file an amended

19    complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

20            1.  Plaintiff's motion for an extension of time (ECF No. 13) is granted; and

21            2.  Plaintiff is granted thirty days from the date of this order in which to file an amended

22    complaint.

23    Dated:  November 14, 2022

24                                            _____
                                             CAROLYN K. DELANEY
25                                           UNITED STATES MAGISTRATE JUDGE

26

27    12/thom1657.36(2)

28