IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OTIS THOMAS,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHNSON, et al. ,**<br><br>Defendants. | Case No. 2:21-cv-01657- WBS CKD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF POST-SCREENING EARLY ADR** |

Good cause appearing, the Court **GRANTS** Defendant's motion to opt out of Post-screening Early ADR. Further, the Court **ORDERS** Defendant to respond to Plaintiff's Third Amended Complaint (Doc. No. 23) on or before September 17, 2024.

**IT IS SO ORDERED**.

Dated:  08/21/24

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE