IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OTIS MICHAEL THOMAS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**L. JOHNSON, ET AL.,**<br><br>　　　　　　　　　　　Defendant. | Case No. 2:21-cv-01657-WBS-CKD<br><br>**ORDER** |

　　In response to the motion filed by defendant Osequera on January 9, 2025, the Court **ORDERS**, pursuant to Federal Rule of Civil Procedure 26(a)(2)(D), that disclosure of expert testimony be made no later than 90 days before the date set for trial.  A date for trial will be set, if necessary, after the parties submit pretrial statements.

Dated:  January 13, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE