1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   OTIS MICHAEL THOMAS,                    No.  2:21-cv-1657 WBS CKD P

12                  Plaintiff,

13        v.                                 ORDER

14   L. JOHNSON, et al.,

15                  Defendants.

16

17        Plaintiff requests 7 subpoenas for trial witnesses and requests the presence of certain

18   inmate witnesses at trial.  Because it is not clear that a trial will occur in this matter, plaintiff's

19   requests (ECF No. 46) are denied.  Plaintiff may request subpoenas for trial witnesses and / or

20   request the presence of inmate witnesses if and when the court directs the parties to file pretrial

21   statements.  See ECF No. 39.

22   Dated:  February 5, 2025

23

24                                          CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

25

26   1
     thom1657.wit

27

28