IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS, OTIS,<br><br>                                    Plaintiff,<br><br>     v.<br><br>JOHNSON, ET AL.,<br><br>                                    Defendant. | Case No. 2:21-cv-01657-WBS-CKD<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN EXTENSION OF MOTION FOR SUMMARY JUDGMENT DEADLINE** |

Plaintiff Otis Thomas (Plaintiff), an incarcerated person who is proceeding *pro se*, brings this civil rights action against Defendant J. Oseguera (Defendant). *See* Doc. Nos. 23, 24, 29. Defendant moves *ex parte* for an extension of the summary judgment deadline, which is currently set for April 18, 2025. *See* Doc. No. 39 at 6. Defendant seeks an extension that temporarily vacates the current summary judgment deadline and orders any party to move for summary judgment (a) within 60 days of the date the Court orders Plaintiff to produce documents or serve amended responses to the requests for admission *if the Court grants* (in whole or in part) Defendant's pending Motion to Compel or (Doc. No. 44) or (b) within 60 days of the Court ruling on Defendant's pending Motion to Compel *if the Court denies* the motion.

1

1   Upon due consideration and good cause appearing, the Court **GRANTS** Defendant's
2   application.  Accordingly, the Court **ORDERS** the following regarding the pretrial motion
3   deadline:
4      1.  The Court **VACATES** the current pretrial motion deadline; and
5      2.  That deadline will be reset after all discovery matters are resolved.
6   Dated:  March 27, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE