UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>L. JOHNSON, et al.,<br><br>    Defendants. | No. 2:21-cv-1657 WBS CKD P<br><br><br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se with a claim arising under the Eighth Amendment against California Department of Corrections and Rehabilitation employee J. Oseguera. Defendant Oseguera has filed a motion asking that plaintiff be compelled to provide further responses to request for production no. 1. Defendant also asks that his requests for admission be deemed admitted or that plaintiff be required to provide further responses to the requests.

1. Request for Production No. 1

   Defendant's request to produce no. 1 is as follows:

   > Produce a copy of all declarations or affidavits, signed or unsigned, prepared by you or any other person relating to your allegations in your Third Amended Complaint (ECF No. 23).

/////

/////

1

Plaintiff responded as follows:

> Plaintiff objects to this because the witness is in the (investigative report inside of the lawsuit: in her name is (M. Lucatero).

As the defendant's request appears reasonable and plaintiff's response does not make sense, plaintiff will be ordered to provide a further response along with any responsive documents within 30 days.

2. <u>Requests For Admissions</u>

Defendant served requests for admission upon plaintiff pursuant to Rule 36 of the Federal Rules of Civil Procedure and plaintiff responded. Rule 36(a)(4) provides as follows as to the contents of a response:

> If a matter is not admitted, the answer must specifically deny it or state in detail why the answering party cannot truthfully admit or deny it. A denial must fairly respond to the substance of the matter; and when good faith requires that a party qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest. The answering party may assert lack of knowledge or information as a reason for failing to admit or deny only if the party states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny.

The court has reviewed plaintiff's responses to defendant's requests for admission. Plaintiff does not specifically "admit" or "deny" any of the requests. However, with respect to some of the requests, the court finds admission upon the response provided. Specifically, requests 5, 13, 15, 16 and 17 are deemed admitted. With respect to the remainder of the requests for admission, plaintiff's responses do not satisfy Rule 36. Accordingly, plaintiff will be ordered to serve further responses to requests for admission 1-4, 6-12, 14 and 18 within 30 days. Plaintiff must expressly admit, deny, or indicate he cannot truthfully admit or deny each request. To the extent explanation of a response is necessary, plaintiff should respond only to the language used in that specific request.

/////
/////
/////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Oseguera's motion to compel (ECF No. 44) is GRANTED.

2. Requests for admission 5, 13, 15, 16 and 17 are deemed admitted.

3. Within 30 days, plaintiff shall:

    A. Serve a further response to defendant's request for production no. 1 along with any responsive documents in plaintiff's possession or control; and

    B. Serve further responses to defendant's requests for admission 1-4, 6-12, 14 and 18 that comply with the terms of this order and Federal Rule of Civil Procedure 36.

4. Plaintiff's failure to comply with this order will result in sanctions which could include dismissal of this action.

5. Any further motion to compel concerning defendant's request for production number 1 or defendant's requests for admission 1-4, 6-12, 14 and 18 shall be filed within 60 days. If no motion is filed, the court will reset the deadline for filing pretrial motions.

Dated: June 12, 2025

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thom1657.mtc

3