UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS,<br><br>   Plaintiff,<br><br>   v.<br><br>L. JOHNSON, et al.,<br><br>   Defendants. | No. 2:21-cv-1657 WBS CKD P<br><br><br>ORDER |

Plaintiff has filed a motion asking to add Terry Betton to his trial witness list. If necessary, plaintiff will be asked to provide names of trial witnesses in his pretrial statement. As the court has not yet ordered the parties to file pretrial statements, his motion (ECF No. 60) is DENIED.

Dated: July 17, 2025

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thom1657.wit