UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. JOHNSON, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-1657 WBS CKD P<br><br><br>ORDER |

　　Discovery being closed, IT IS HEREBY ORDERED that all pretrial motions shall be filed on or before October 31, 2025. Any motion for summary judgment shall be briefed pursuant to Local Rule 230(l). Unsigned affidavits or declarations will be stricken, and affidavits or declarations not signed under penalty of perjury have no evidentiary value.

Dated: August 25, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/hh
thom1657.ptm